Vincent Y. Lin - SBN 201419
LAW OFFICES OF VINCENT Y. LIN
17700 Castleton Street, Suite 263
City of Industry, CA 91748
Tel: (626) 935-0929
LDS@vincentlinlaw.com
Attorney for plaintiff
Max Group Corporation

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MAX GROUP CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>STRAIGHT FORWARDING INC.; and DOES 1 to 25, inclusive,<br><br>    Defendants.<br><br>AND ALL CROSS ACTIONS | No. 2:20-CV-01804-JFW (SKx)<br><br>**COUNTER-DEFENDANT, MAX GROUP CORPORATION ANSWER TO COUNTERCLAIM-PLAINTIFF's COUNTERCLAIM** |

Comes now answering Counter-Defendant, Max Group Corporation ,on its own behalf and on behalf of no others, and answers the Counterclaim of Counterclaim-Plaintiff, Straight Forwarding Inc., and admits, denies and alleges as follows:

46. Counter defendant admits the allegations contain in paragraph 46.

47. Counter defendant admits the allegations contain in paragraph 47.

48. Counter defendant lacks information or belief to admit or deny, and on that basis, denies the allegations of said paragraph 48.

**FIRST COUNTERCLAIM**

49. Counter defendant lacks information or belief to admit or deny, and on that basis, denies the allegations of said paragraph 49.

50. Counter defendant lacks information or belief to admit or deny, and on that basis, denies the allegations of said paragraph 50.

51. Counter defendant lacks information or belief to admit or deny, and on that basis, denies the allegations of said paragraph 51.

52. Counter defendant lacks information or belief to admit or deny, and on that basis, denies the allegations of said paragraph 52.

**SECOND COUNTERCLAIM**

53. Counter defendant realleges and incorporates herein by reference paragraphs 46 through 52, inclusive of the is Answer as if fully set forth herein.

54. Counter defendant denies the allegations contain in paragraph 54.

55. Counter defendant lacks information or belief to admit or deny, and on that basis, denies the allegations of said paragraph 55.

**THIRD COUNTERCLAIM**

56. Counter defendant realleges and incorporates herein by

1 | reference paragraphs 46 through 55, inclusive of the is Answer as
2 | if fully set forth herein.
3 |     57. Counter defendant lacks information or belief to admit
4 | or deny, and on that basis, denies the allegations of said
5 | paragraph 57.
6 |     58. Counter defendant lacks information or belief to admit
7 | or deny, and on that basis, denies the allegations of said
8 | paragraph 58.

### FOURTH COUNTERCLAIM

59. Counter defendant realleges and incorporates herein by reference paragraphs 46 through 58, inclusive of the is Answer as if fully set forth herein.

60. Counter defendant lacks information or belief to admit or deny, and on that basis, denies the allegations of said paragraph 60.

61. Counter defendant lacks information or belief to admit or deny, and on that basis, denies the allegations of said paragraph 61

62. Counter defendant lacks information or belief to admit or deny, and on that basis, denies the allegations of said paragraph 62.

63. Counter defendant lacks information or belief to admit or deny, and on that basis, denies the allegations of said paragraph 63.

### FIFTH COUNTERCLAIM

64. Counter defendant realleges and incorporates herein by reference paragraphs 46 through 63, inclusive of the is Answer as if fully set forth herein.

65. Counter defendant lacks information or belief to admit or deny, and on that basis, denies the allegations of said paragraph 65.

66. Counter defendant lacks information or belief to admit or deny, and on that basis, denies the allegations of said paragraph 66.

67. Counter defendant lacks information or belief to admit or deny, and on that basis, denies the allegations of said paragraph 68.

63. Counter defendant lacks information or belief to admit or deny, and on that basis, denies the allegations of said paragraph 68.

As additional, affirmative defenses, said answering Counter-defendant says and alleges as follows:

1. The Counterclaim-Plaintiff fails to state a cause of action.
2. The Counterclaim-Plaintiff is uncertain.
3. The causes of action alleged in the Counterclaim were waived.
4. The causes of action alleged in the Counterclaim were released.
5. The causes of action alleged in the Counterclaim were settled.
6. The causes of action alleged in the Counterclaim are equitably estopped.
7. There was consent to the acts and omissions complained of in the Counterclaim.

8.  Counterclaim-Plaintiff does not have standing to bring this action.

9.  Counterclaim-Plaintiff is not a real party in interest.

10. Counterclaim-Plaintiff cannot bring this action in its name.

11. Counterclaim-Plaintiff consented to the complained of conduct.

12. Answering Counter-defendant's alleged actions were privileged.

13. Answering Counter-defendant is entitled to a set-off and recoupment.

14. The Counterclaim-Plaintiff is barred by the doctrine of laches.

15. The Counterclaim-Plaintiff is barred by the statute of limitations.

16. Counterclaim-Plaintiff has failed to mitigate its damages.

17. The Counterclaim-Plaintiff is barred by the statute of frauds.

18. There was a failure of consideration.

19. There was a lack of consideration.

20. There was a novation and substitution.

21. There was an accord and satisfaction.

22. There was a modification of any contract.

23. Counterclaim-Plaintiff's breach of the contract excuses any performance on the part of answering Counter-defendants.

24. This answering Counter-defendant is not responsible for any harms to Counterclaim-Plaintiff if proves that the goods in

dispute was mot a basis of the parties' bargain.

DATED: 3/15/2021

Law Offices of Vincent Y. Lin

By: _____
Vincent Y. Lin
Attorney for Plaintiff
Max Group Corporation

## Proof of Service

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the aforesaid county, State of California; I am over the age of 18 years and I am not a party to the within action. My business address is 17700 Castleton Street, Suite 263, City of Industry, CA 91748.

On March 15, 2021, I served the foregoing documents described as: **COUNTER-DEFENDANT, MAX GROUP CORPORATION ANSWER TO COUNTERCLAIM-PLAINTIFF'S COUNTERCLAIM** on the parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

ALAN NAKAZAWA, ESQ.
COLLIER WALSH NAKAZAWA LLP
ONE WORLD TRADE CENTER, SUITE 1860
LONG BEACH, CA 90831

JOSEPH MIRKOVICH, ESQ.
RUSSELL, MIRKOVICH & MORROW
ONE WORLD TRADE CENTER, SUITE 1660
LONG BEACH, CA 90831-1660

[X] **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under the practice, it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at City of Industry, California, in the ordinary course of business. I am aware that on motion of the party served, service is presume invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE:** I caused the above-referenced document(s) to be transmitted to the above-named person(s) at the following fax number: _____ on said date and the transmission was reported as complete and without error by a transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission.

Executed on March 15, 2021 at City of Industry, California.

[ ] **(State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] **(Federal) I declare under penalty of perjury under the laws of the United States that the above is true and correct.**

Dated: 3-15-2021          By: _____
                              Katty Ou

Proof of Service