ALAN NAKAZAWA, State Bar No. 84670
COLLIER WALSH NAKAZAWA LLP
One World Trade Center, Suite 1860
Long Beach, California 90831
Telephone: (562) 317-3300
Facsimile: (562) 317-3399

Attorneys for Third-Party Defendant COSCO SHIPPING LINES CO., LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MAX GROUP CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STRAIGHT FORWARDING, INC.,<br><br>　　　　Defendants.<br><br>STRAIGHT FORWARDING, INC.,<br><br>　　　　Third-Party Plaintiff,<br><br>　　v.<br><br>EVERGREEN LINE; COSCO SHIPPING LINES CO., LTD,<br><br>　　　　Third-Party Defendants. | Case No. 2:20-CV-01804 JFW (SKx)<br><br>Judge: Hon. John F. Walter<br><br>**ORDER DISMISSING PLAINTIFF'S COMPLAINT AND STRAIGHT FORWARDING INC.'S THIRD-PARTY COMPLAINT** |

　　Pursuant to the stipulation of the parties filed pursuant to Federal Rules of Civil Procedure Rule 41(a)(2), IT IS HEREBY ORDERED that Plaintiff's Complaint and the Third-Party Complaint of STRAIGHT FORWARDING, INC. filed on March 12, 2020 be dismissed with prejudice, each party to bear its own fees and costs.

　　However, the Counterclaim filed by STRAIGHT FORWARDING, INC. against MAX GROUP CORPORATION on June 16, 2020 shall remain pending for independent adjudication.

Dated: May 11, 2021

　　　　　　　　　　　　　　　　　_/s/ John F. Walter_
　　　　　　　　　　　　　　　　　United States District Judge