RUSSELL, MIRKOVICH & MORROW
Joseph N. Mirkovich, Esq., SBN.: 45644
e-mail: JMirkovich@rumlaw.com
Margaret E. Morrow, Esq., SBN.: 145306
e-mail: MMorrow@rumlaw.com
One World Trade Center, Suite 1660
Long Beach, CA   90831-1660

(562) 436-9911 / fax (562) 436-1897
Attorneys for Defendant and Counter-Complainant
STRAIGHT FORWARDING INC

# UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX GROUP CORPORATION, | Case No 2:20-cv-01804-JFW (SKx) |
| Plaintiff, | Judge: Hon. John F. Walter |
| v. | Magistrate Judge: Hon. Steven Kim |
| STRAIGHT FORWARDING, INC.; and DOES 1 to 25, inclusive, | **UPDATED JOINT STATUS REPORT REGARDING SETTLEMENT** |
| Defendants. | Final Pretrial Conf.:   June 25, 2021 |
| STRAIGHT FORWARDING, INC., | Time:   8:00 a.m. |
| Third-Party Plaintiff, | Courtroom:   7A |
| v. | Trial Date:   July 6, 2021 |
| EVERGREEN LINE; COSCO SHIPPING LINES CO., LTD; and ROES 1 to 10, inclusive, | |
| Third-Party Defendants. | |

1

**UPDATED JOINT STATUS REPORT REGARDING SETTLEMENT**

TO THE HONORABLE COURT:

This Joint Status Report Regarding Settlement supplements the Joint Report Re: Results of Settlement Conference/Mediation that was filed on February 4, 2012 in this Court as Document 34 and the Joint Status Report Regarding Settlement that was filed in June 4, 2021 as Document 43.

SFI's Counterclaim against Max Group has been settled and the parties have executed a settlement agreement. They have agreed that Max Group will pay SFI the settlement funds within thirty (30) days and that SFI will dismiss with prejudice its Counterclaim within three (3) business days after the settlement check has cleared SFI's bank.

The parties respectfully request the Court to continue the Trial to September 14, 2021 and to revise the remaining pre-trial dates accordingly.

                              Respectfully submitted,

Dated: June 18, 2021        RUSSELL, MIRKOVICH & MORROW

                              /s/ Joseph N. Mirkovich
                            By:_____
                            Joseph N. Mirkovich

Dated: June 18, 2021        LAW OFFICES OF VINCENT Y. LIN

                              /s/ Vincent Y. Lin
                            By:_____
                            Vincent Y. Lin

UPDATED JOINT STATUS REPORT REGARDING SETTLEMENT

## ATTESTATION

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other Signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 18, 2021

By: /s/ Joseph N. Mirkovich
_____
Joseph N. Mirkovich

UPDATED JOINT STATUS REPORT REGARDING SETTLEMENT